# Complaint Synopsis

| | |
|---|---|
| **Name:** | Nathan Libby |
| **Address:** (City & State Only): | Rockland, Maine |
| **Year of Birth and Age:** | 1989; 31 years old |
| **Violations:** | <u>Count One:</u> Communicating a False Distress Call, in violation of 14 USC §521(c) |
| **Penalties:** | <u>Count One</u>: Imprisonment of not more than 5 years, and a fine not to exceed two hundred fifty thousand dollars ($250,000), or both. 14 USC § 521(c)<br><br>This offense is a Class D felony pursuant to 18 U.S.C.§3559(a)(3) |
| **Supervised Release:** | Not more than 3 years, 18 USC §3583(b)(2) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Not more than 2 years, 18 USC §3583(e) |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | 3 Years less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583. |
| **Defendant's Attorney:** | |
| **Primary Investigative Agency and Case Agent Name:** | M.Root - USCGCIG |
| **Detention Status:** | Warrant requested |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Know |
| **AUSA:** | Daniel J. Perry |

| | |
|---|---|
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | No |
| **Assessments:** | $100 per count |