UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | Criminal No. 2:21-cr- |
| NATHAN LIBBY ) | |

**GOVERNMENT'S VERSION OF THE OFFENSE**

Had the case proceeded to trial, the Government would produce evidence that would establish beyond a reasonable doubt that on December 3, 2020 this defendant transmitted a hoax distress call that resulted in the United States Coast Guard and the State of Maine to mobilize resources to respond to the hoax call.

The evidence would establish the following facts:

On December 3, 2020, at approximately 6:36 a.m., the Coast Guard received a "May Day, May Day" distress call on VHF marine radio station 16. The Coast Guard dispatcher responded to the distress call and spoke with a male for approximately 1-2 minutes. In substance, the caller stated that "we lost our rudder" and "we are taking on water fast" and "our pumps can't keep up with this". He indicated three persons were aboard. The caller further stated that the boat was a 42-foot muscle ridge. The dispatcher asked for GPS coordinates. The caller did not have any coordinates but said he was in Spruce Head Harbor and was going to try to get the boat to Atwood's float.

State of Maine Marine Patrol Officer Nicholas Stillwell arrived at Atwood's Lobster Co., 286 Island Road, South Thomaston, Maine after learning of the distress call. Atwood's Lobster is next door to the Spruce Head Fishermen's Co-op (hereinafter "Co-op"). Officer Stilwell boarded a private vessel that was heading out of the harbor in attempt to locate the boat that made the distress call. Officer Stillwell did not locate the vessel during his search. At approximately 8:00 a.m., the boat returned to the dock.

Officer Stillwell spoke with the defendant, Nathan Libby (hereinafter "Libby"). Libby stated he was an employee of the Co-op and provided a list of fishing boats that had gone out that morning.

Officer Stillwell then spoke to an individual who was parked in the Co-op parking lot. Officer Stillwell played a short clip of the distress call and asked if the individual recognized the caller's voice. The individual opined that it sounded just like Nate, the dock worker with whom Officer Stillwell had just spoken.

Officer Stillwell returned to the Co-op office and spoke again with Libby. Officer Stillwell recorded this conversation. Libby stated he had heard parts of the distress call. Libby stated he had heard the vessel had lost its rudder and needed pumps or his pumps weren't keeping up. Officer Stillwell asked if there was a radio in the office and Libby pointed out the radio in the corner of a large room off the office. Officer Stillwell walked over to the radio and observed it was a VHF marine radio on channel 16.

At approximately 10:57, Coast Guard personnel determined this was a probable hoax and suspended the search.

Law enforcement interviewed other witnesses who were familiar with Libby's voice and who listened to the distress call and they opined the voice that was on the distress call was Libby's voice.

Surveillance footage from the Co-op shows Libby is present at the Co-op office at the time the distress call was made.

The Coast Guard was able to determine the direction from which the distress call was made, and that determination showed that the direction of the signal was from the direction of the Co-op.

Upon receipt of the distress call, the Coast Guard launched a 47' Motor Life Boat out of Rockland, Maine which was out for 4.25 hours as part of a search and rescue effort and launched a MH60 Helicopter which was out for 5.15 hours as part of the search and rescue effort. Maine Marine patrol also launched a boat that participated in the search and rescue and several Marine Patrol officers participated in the search and rescue.

Dated May 20, 2021       Donald E. Clark
                Acting United States Attorney

                */s/Daniel J. Perry*
                Daniel J. Perry
                Assistant United States Attorney
                United States Attorney's Office
                District of Maine
                100 Middle Street, East Tower, 6th Floor
                Portland, ME  04101
                (207) 780-3257
                dan.perry@usdoj.gov